IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> JEREMY THEBERGE, Individually and d/b/a 24/7 GRAPHIC & FIXTURE INSTALLATION, <br><br> Defendant. | No. 15-cv-1640 <br><br> Judge Edmond Chang <br><br> Magistrate Judge Cole |

## **PLAINTIFFS' MOTION FOR JUDGMENT IN A SUM CERTAIN**

Plaintiff, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, GRANT R. PIECHOCINSKI, and ARNOLD AND KADJAN, LLP move this Court to enter judgment in favor of Plaintiff and against Defendant. In support of their Motion, the Plaintiffs state as follows:

1. This is an action to recover delinquent fringe benefit fund contributions.

2. The Defendant Jeremy Theberge was personally served with the Summons and Complaint on February 26, 2015, which was filed with the Clerk of the Court on February 27, 2015.

3. The Court defaulted the Defendant by its order dated May 2016.

4. According to the Affidavit of Richard Wolf, attached hereto as Exhibit 1, the Defendants owes Plaintiffs the sum of $5,014.08, consisting of $3,812.25 for contributions, $571.83 for liquidated damages, and $630.00 for audit costs for a fringe benefit fund audit for the period from September 1, 2014 through March 31, 2015.

WHEREFORE, Plaintiffs pray for the following relief:

A. That this Court enter judgment in favor of Plaintiffs and against the Defendant, Jeremy Theberge, in the amount of $5,014.18. (A copy of an order is attached as Exhibit 2, and being sent via the Court's email system).

                                Respectfully submitted,
                                TRUSTEES OF THE CHICAGO PAINTERS et al,

                                By:   s/Grant R. Piechocinski
                                        One of their attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN, LLP
203 North LaSalle Street, Suite 1650
Chicago, Illinois 60601
(312)236-0415